**Order entered November 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00765-CV

**KINGVISION PAY-PER-VIEW, LTD, GARDEN BOXING CLUB, INC.,
AND ENTERTAINMENT BY J&J, INC., Appellants**

**V.**

**DALLAS COUNTY, TEXAS, Appellee**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 07-11471-F**

## ORDER

Appellants' unopposed motion to file first amended reply brief is **GRANTED**.

/s/     ELIZABETH LANG-MIERS
           PRESIDING JUSTICE